# Court of Appeals
# of the State of Georgia

ATLANTA,___May 26, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1736, A15A1737.  MICHAEL JON KELL v. CITIBANK, N.A.**

Michael Jon Kell filed notices of appeal from the trial court's order denying his motion to recuse in Case No. A15A1736 and from the order denying his motion to dismiss in Case No. A15A1737.  However, we lack jurisdiction.

The orders at issue are interlocutory in nature.  See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002) (order denying motion to recuse is interlocutory); *MNM 5 v. Anderson/6438 Northeast Partners, Ltd.*, 215 Ga. App. 407, 408 (1) (451 SE2d 788) (1994) (denial of a motion to dismiss is an interlocutory ruling).  "A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure . . . , which includes obtaining a certificate of immediate review from the trial court." *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); see also OCGA § 5-6-34 (b).  Kell's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over these appeals, which are therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/26/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*